**Mary Inez WEISINGER, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 36114.

Court of Criminal Appeals of Texas.

Oct. 30, 1963.

Rehearing Denied Dec. 4, 1963.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Presiding Judge.

The offense is murder; the punishment. 8 years.

No statement of facts has been filed in this Court.

In the absence of a statement of facts we are unable to appraise appellant's exceptions relating to the charge of the court.

The only other bill of exception is one which relates to a ruling of the trial judge which was favorable to the appellant. The state's complaint requires no consideration.

The judgment is affirmed.